UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:92CR155-W |
|---|---|---|
| | ) | |
| vs. | ) | ORDER TO WITHDRAW |
| | ) | WARRANT ISSUED |
| **(3) JAMES FRANK DINSIO** | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss SRV and Withdraw Motion (Doc. No. 12). For the reasons stated in the motion, the Motion is GRANTED. The warrant for arrest issued in the above-captioned matter concerning **(3) JAMES FRANK DINSIO** is hereby WITHDRAWN and this matter is DISMISSED.

IT IS SO ORDERED.

Signed: March 24, 2008

Frank D. Whitney
United States District Judge